in and for the United States District Court of Northern Florida at the City of Tallahassee      4:22cv252-MW/MJF

Colonel Harrell A. Gastong VI  AUS-USWO
                                # by Clerk
v
Trump, Donald J x, etal
Polisknowski, John X x etal
Arnold, Brian X x etal
Sec'y USDVA etal
Sec'y FL DVA etal
Sec'y FL ST of State etal
Sec'y FL ST DCF etal
Agents Companions Accessories Others
                DOES

a motion/Petition to/for the redress of Grievances vs the above Defs named and unnamed under Cause of 42 USC 1983, 28 USC 2241, 28 USC 1331 Civil Rights Abuses and Violations

Opening Statement Narrative Text

Here Comes now Colonel Prose, in forma Pauperis, in forma Geniteur Prima w/o costs or fees Seeking refuge in the High Tallahassee Court of US.

page 1 of 5

FILED USDC FLND TL  JUL 13 '22 PM 2:00

Memorandum for Record
Colonel v Trump et al
#
TITLE TEN X   ARTICLE TEN X   EXHIBIT TEN X

Grounds

Grounds one -
Narrative undisputed facts

While acting in support of multiple State and federal District Court Claims in Civil Actions (see related Cases Exhibit [unlettered]) (in process) Harrell caused a request for an ROI records FOIPA in September 2021 to the ROI office @ JAHVAMC Tampa Florida. In response ROI office JAH sent Harrell a CDRW Disc Containing 4,000 plus of Harrells medical files, pages.

page 2 of 5

Memorandum for Record

Colonel v Trump et al
# Grounds X

Ground one (cont)
Narrative undisputed facts

To the date of this humble pleading Harrell has not seen neither the Disc nor the shipping container, nor the envelope the disc was shipped in via ROI-JAHMCVA.

What evidence Harrell does have is two each paper letter sized pages to be construed as transmittal (DOCS) and one letter via the JAHVAMC Executive Director confirming the Disc's transmittal

page 3 of 5

Memorandum for Record

Colonel v Trumpet al
#
Grounds

Ground one    Narrative (cont)

On 02 Jun 22 Harrell was on order for Transport, Transferred to DCF-FSH Chattahoochee facility to begin Eval #2 for Competency post having been found "CTP" via a full "MEB" (Medical Evaluation Board) on 18 Oct 21 at DCF-FSH NFETC Gainesville.

Harrell was O/T #SDM 295951 on 15 Nov 21. Harrell had at this date no clue as to the existance of said Disc. At the actual (unclear) time of D/C from FSH (early am on 15 Nov 21) Harrell was neither under arrest nor cause nor detained for conviction by the State of Florida, see Harrell v FL St Secy DCF USDC-mdfl #821CV1989TPB-AEP.

Two unnamed HCSO Transport Agents did unlawfully search and seize unknown Process and Tangible and intellectual property from Harrell at NFETC and abandoned property w/o proper inventory.

page 4 of 5

Memorandum for Record

Colonel v Troopetal
#
Closing Summary Narrative

Colonel submits this humble Pleading Brief under Cause of 42USC§1983 and prays the Court will bestow Grace upon this redress of Grievances for abuse and violations of Equal Protections and immunities of USC BOR and USCRA(64)

Please, cause Judicial Notices and Cause Harrell to be Sent the following official forms:
1x 2each  28USC§2241 (AO242)
2x   "    Pro Se 1 Complaint forms
3x   "    Pro Se 14    "        "
4x   "    Prisoner Consent and financial Certificate        Harrell

In Gadsden County Fla  09/Jul/22   page 5 of 5   47-9020

in and for the United States District Court of Northern Florida at the City of Tallahassee

Colonel Harrell
v                    #
Trump et al

a motion/Petition to adopt in Simili Argumentum Valet Lege informa "IFP" in forma Pauperis, full Status to Proceed with Leave

Here Comes now, Colonel Pro Se in forma Pauperis, informa Geniteur Prima, w/o costs or feez and moves the high Court to adopt IFP status IAW, UPO, Pursuant to See as follows:

1x Harrell v Rodriguez et al (2021) USDC-mdf # 821CV2873-SDM-SPF full IFP status ordered 16 Jan 22

2x Harrell v Sec'y USDVA (2021) USDC-ndf # 121CV00146 AW-GRJ IFP status ordered as unclear dtg

Harrell prays for favors from the Court

in Gadsden County 09 Jul 22   page 1 of 1   Harrell 47-9020

Harrell A Gasong
Colonel Aus-uswo FC
id 799863
po Box 1000
Chattahoochee FL
32324

LEGAL
MAIL

JUL 11 2022

Elizabeth Lawrence
Clerk of Court
111 Adams St
Tallahassee FL 32301-7717

FLORIDA STATE HOSPITAL

NEOPOST 07/11/2022
US POSTAGE $000.57⁰
FIRST-CLASS MAIL

IFP
di
Opresso
Libre