UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY GASTON HARRELL,

    Plaintiff,

v.                                           Case No. 4:22-cv-252-MW-MJF

DONALD TRUMP, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a Florida pretrial detainee proceeding *pro se*, initiated this action on July 13, 2022, by filing a document titled "a motion/Petition to/for the redress of Grievances vs. the above Defs named and unnamed under Cause of 42 U.S.C. 1983, 28 U.S.C. 2241, 28 U.S.C. 1331 Civil Rights abuses and violations." Doc. 1. The clerk of the court docketed Plaintiff's pleading as a civil rights complaint filed under 42 U.S.C. § 1983.

On July 15, 2022, the undersigned ordered Plaintiff to file the following by August 15, 2022: (1) a notice of voluntary dismissal; or (2) an amended civil rights complaint on the Northern District form accompanied by either the $402.00 filing fee or a complete application for leave to proceed *in forma pauperis*. Doc. 3. Plaintiff

has not complied with the order and has not responded to the 14-day show cause order entered on September 9, 2022. Doc. 6.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for failure to comply with orders of this court.[1]

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 12th day of October, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").