IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY GASTON HARRELL,

   *Plaintiff*,

v.                                  Case No.: 4:22cv252-MW/MJF

DONALD TRUMP, et al.,

   *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to comply with orders of this Court." The Clerk shall close the file.

**SO ORDERED** on November 15, 2022.

                                                                    **s/Mark E. Walker**
                                                                    **Chief United States District Judge**